UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICA NEWMAN, as Proposed Executor of the Estate of ROBERT NEWMAN,

Plaintiff,

-against-

JOHN KROGER, M.D. and HIMANI GOYAL, M.D.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/17/2023_

23 Civ. 1114 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 15, 2023, the Court granted the Government's request for an extension of time to respond to the complaint by March 16, 2023, "to provide time to resolve this case without the need of motion practice." ECF No. 6. The Government's submission is overdue. Accordingly, by **March 24, 2023**, the parties shall provide a joint status update on this action detailing how they wish to proceed.

SO ORDERED.

Dated: March 17, 2023
       New York, New York

ANALISA TORRES
United States District Judge